UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Charles McLawhorn, ) | Civil Action No.: 4:14-cv-02745-RBH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Ocwen Loan Servicing, LLC; and ) | |
| Altisource Residential Corporation, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the Court on Defendants' [ECF No. 80] objections to Plaintiff's Rule 26(a)(3) Pretrial Disclosures and Plaintiff's [ECF No. 78] objections to Defendants' Rule 26(a)(3) Pretrial Disclosures. Plaintiff's objections to Defendants' Pretrial Disclosures were resolved by this Court's February 15, 2017 Order ruling on Plaintiff's motion *in limine*, which the Court incorporates herein by reference. As to Defendant's objections to Plaintiff's Rule 26(a)(3) Pretrial Disclosures, having thoroughly reviewed the objections, deposition testimony at issue, and the applicable evidentiary and procedural rules, the Court rules on Defendants' objections as indicated in Attachment "A" to this Order. The Court reserves ruling on Defendants' objections to Plaintiff's trial exhibits and will address those matters at trial.

**IT IS SO ORDERED**

| | |
|---|---|
| March 1, 2017 | s/ R. Bryan Harwell |
| Florence, South Carolina | R. Bryan Harwell |
| | United States District Judge |